UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:08-cr-00006-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| TRAVIS DEVON BANKS | |

On motion of the Defendant, Travis Devon Banks, and for good cause shown, it is hereby ORDERED that DE 119 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 9th day of May, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge